**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LORI CHAVEZ-DEREMER, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>BONAMOUR HEALTH GROUP, LLC; BONAMOUR HEALTH GROUP HEALTH PLAN; YESHAYAHU ZIDELE AKA SHAYA ZIDELE; MORDECHAI ZIDELE AKA MORDECAI ZIDELE AKA MICHAEL ZIDELE,<br><br>Defendants. | DOCKET NO. 7:25-cv-10082-KMK<br><br>**MOTION TO POSTPONE INITIAL CONFERENCE** |

Defendant Yeshayahu Zidele aka Shaya Zidele ("Defendant Y. Zidele") respectfully requests that the Initial Conference currently scheduled for July 22, 2026, be postponed until sometime after July 29, 2029, at a date and time the Court deems suitable. As grounds, therefore Defendant Y. Zidele states as follows.

The undersigned counsel, Channah S. Broyde, is currently overseas where the time difference between the Court's and her location is seven hours. She is there to assist her daughter with a newborn infant as well as a two-year-old toddler. She will be returning to the United States on July 29, 2026. The time difference and family responsibilities make it very difficult for her to participate in the Initial Conference as currently scheduled.

The undersigned Counsel communicated with Counsel for the Secretary about this Motion, who responded that they do not object to the request.

Accordingly, Defendant Y. Zidele respectfully requests that the Initial Conference be postponed to a date after Ms. Broyde returns to the United States.

Dated: July 15, 2026

Respectfully submitted,

Granted. The conference is adjourned to 8/3/26, at 2:00 pm via teleconference
So Ordered.

7/16/26

By: */s/ Channah S. Broyde*

Channah S. Broyde, Esq.
GULKO SCHWED LLP
525 Chestnut Street, Suite 209
Cedarhurst, New York 11516
212.634.7927
cbroyde@gulkoschwed.com

*Attorneys for Defendant Yeshayahu Zidele aka Shaya Zidele*